No. 04–7251. PARKER *v.* RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7254. JONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7257. COPADO-JARAMILLO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7260. CORONA-SOLORZANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7262. SANTIAGO *v.* FREY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–7264. HOLT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7268. LOFTIN *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7272. HAMMER *v.* AMAZON.COM. C. A. 2d Cir. Certiorari denied.

No. 04–7276. HARDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7277. SOLIS GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7279. HESSMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7280. HARMON *v.* MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 04–7283. HALLMARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7284. HAYNES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7287. ROHN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.